UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL GONZALEZ,

                              Plaintiff,

                                                        ORDER
            -against-                                   12-CV-4273 (SJF)(WDW)

MICHAEL SPOSATO, Sheriff, and GLOBAL
TEL LINK,

                              Defendants.

-----------------------------------------------------------------X

FEUERSTEIN, District Judge:

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    UCT 03 2012    ★

**LONG ISLAND OFFICE**

Pursuant to the Court's February 13, 2012 Order of Consolidation, the Court has reviewed

the instant complaint and finds that it relates to the subject matter of the Consolidated Action,

Anderson, et al. v. Sposato, et al., 11-CV-5663 (SJF)(WDW). Accordingly, this action shall proceed

in accordance with the Order of Consolidation, a copy of which is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would

not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any

appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this Order and the Order of Consolidation

to the pro se plaintiff at his last known address.

                              SO ORDERED.


                              s/ Sandra J. Feuerstein
                              _____
                              Sandra J. Feuerstein
                              United States District Judge


Dated:    Oct . 3   , 2012
          Central Islip, New York